UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2002 APR -8 PM 4:04
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| EDWARD BAHWELL | * | CIVIL ACTION |
| | * | NO. 00-0541 |
| VERSUS | * | SECTION "R" |
| STANLEY-BOSTITCH, INC., STANLEY WORKS, INC. AND | * | MAGISTRATE NO. 3 |
| GARY DURALL | * | JURY DEMAND |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO SEAL

NOW INTO COURT, through undersigned counsel, come plaintiff, Edward Bahwell, and defendant, The Stanley Works, who jointly move as follows:

I.

Plaintiff filed suit arising out of an accident which occurred on January 19, 1999.

II.

Defendant contends that the Petition for Damages fails to state a claim upon which relief can be granted against defendant, and further does in fact not state a claim upon which relief can be granted against defendants.

III.

A Confidentiality Agreement and Protective Order was entered herein on the 6th day of December, 2001.



IV.

Plaintiff and defendant have moved to dismiss these proceedings with prejudice, and jointly represent to this Honorable Court that it is in the best interest of all parties herein that this record be sealed and that this Motion to Seal be granted.

_____
MICHAEL G. STAG (#23314)
One Canal Place
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile:  (504) 593-9601
Attorney for Plaintiff, Edward Bahwell


LAW OFFICES OF STEVEN B. WITMAN

_____
STEVEN B. WITMAN (#13621)
Two Lakeway Center - Suite 1960
3850 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 836-2200
Facsimile:   (504) 836-2201
Attorney for Defendant, The Stanley Works

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDWARD BAHWELL | * | CIVIL ACTION |
| | * | NO. 00-0541 |
| VERSUS | * | SECTION "R" |
| STANLEY-BOSTITCH, INC., STANLEY WORKS, INC. AND | * | MAGISTRATE NO. 3 |
| GARY DURALL | * | JURY DEMAND |
| | * | |

* * * * * * * * * * * * *

## ORDER

Upon considering the Joint Motion to Seal the Record filed on behalf of plaintiff, Edward Bahwell and defendant, The Stanley Works:

IT IS ORDERED that the Joint Motion to Seal Record be and the same is hereby granted and that the Clerk of Court for the United States District Court for the Eastern District of Louisiana be and is hereby ordered to mark this Record "SEALED."

New Orleans, Louisiana this _____ day of _____, 2002.

_____
UNITED STATES DISTRICT JUDGE